**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 02-6116**

────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LOCKWOOD KEEN BLACKSTOCK,

Defendant - Appellant.

────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., District Judge.  (CR-98-100, CA-00-337-1)

────────────

Submitted:  March 21, 2002          Decided:  April 1, 2002

────────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

────────────

Dismissed by unpublished per curiam opinion.

────────────

Lockwood Keen Blackstock, Appellant Pro Se. Benjamin H. White, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lockwood Keen Blackstock seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Blackstock, Nos. CR-98-100; CA-00-337-1 (M.D.N.C. Nov. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2